UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:20-CR-33 |
| | ) | |
| JANMICHAEL LINGO | ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge Cynthia Richardson Wyrick dated April 19, 2021, [Doc. 89]. In that Report and Recommendation, the Magistrate Judge recommends that the Defendant's motions to dismiss, [Docs. 67, 69], be denied as moot. Neither party has filed objections to the recommendation in the time allowed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Thus, after careful consideration and review of the record as a whole, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore ACCEPTS IN WHOLE the Report and Recommendation, [Doc. 89], under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into this Order, Defendant's motions to dismiss, [Docs. 67, 69], are DENIED as MOOT.

So ordered.

ENTER:

                                                                             s/J. RONNIE GREER
                                           UNITED STATES DISTRICT JUDGE